UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.:  3:19-cr-00192-HES-MCR

ZHENG YAN

_____/

**NOTICE OF APPEARANCE**

The undersigned counsel hereby gives notice of his appearance as counsel for the Defendant, Zheng Yan.

The undersigned are attorneys at law, and members in good standing of the Middle District of Florida.

DATED at Jacksonville, Florida this 4th day of November, 2019.

Respectfully submitted,

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By:  s/Henry M. Coxe III
Henry M. Coxe III
Florida Bar No. 0155193
Email:  hmc@bedellfirm.com
Brian T. Coughlin
Florida Bar No. 0713732
Email:  btc@bedellfirm.com
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211

Counsel for Zheng Yan

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        AUSA Michael Coolican
        michael.coolican@usdoj.gov

                                            s/Henry M. Coxe III
                                                Attorney